IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAY ALAN MEEKS,

    Petitioner,

v.                                    Case No. 1:20-cv-171-AW-GRJ

SECRETARY, DEP'T OF
CORRECTIONS,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's September 1, 2020 Report and Recommendation (ECF No. 5), and having considered de novo the Petitioner's objections (ECF No. 6), I now conclude the Report and Recommendation should be adopted. The Report and Recommendation is incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed for lack of jurisdiction." The clerk will then close the file.

SO ORDERED on October 20, 2020.

                                            s/ *Allen Winsor*
                                            United States District Judge